PROB 12B
(7/93)

Report Date: March 31, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 3 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Ramiro Crowder Garcia

Case Number: 2:04CR02117-001

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea

Date of Original Sentence: 8/23/2001

Type of Supervision:  Supervised Release

Original Offense: Transport an Undocumented Alien Within the United States by Means of a Motor Vehicle, 8 U.S.C. § 1324

Date Supervision Commenced:  12/3/2004

Original Sentence: Prison - 24 Months; TSR - 36 Months

Date Supervision Expires:  12/2/2006

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19.     You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

On March 28, 2006, Mr. Garcia submitted a urine sample at Merit Resource Services which tested presumptive positive for cocaine. The defendant admitted to using cocaine on March 27, 2006, and indicated he only used that one time and has not used since. Mr. Garcia has been on supervision since December 2004, and this is his first violation for illegal drug use. As a corrective measure, the defendant has agreed to increased urinalysis testing at Merit Resource Services. In addition, recent 9th Circuit case law requires the Court to specify a specific number of urine tests to be set. Enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

Respectfully submitted,

by _____

Jose Vargas
U.S. Probation Officer
Date: March 31, 2006

Prob 12B

**Re:  Garcia, Ramiro Crowder**
**March 31, 2006**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19.    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____
Jose Vargas
U.S. Probation Officer

Signed: _____
Ramiro Crowder Garcia
Probationer or Supervised Releasee

_____March 31, 2006_____
Date