PROB 12B
(7/93)

Report Date: November 30, 2006

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 04 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ramiro Crowder Garcia          Case Number: 2:04CR02117-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 8/23/2001          Type of Supervision: Supervised Release

Original Offense: Transport an Undocumented Alien Within the United States by Means of a Motor Vehicle, 8 U.S.C. § 1324, and 8 U.S.C. § 2          Date Supervision Commenced: 12/3/2004

Original Sentence: Prison - 24 Months; TSR - 36 Months
Revocation Sentence: Prison - 4 Months; TSR - 24 Months          Date Supervision Expires: 8/2/2007

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21. You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

On October 31, 2006, Ramiro Crowder Garcia reported to the U.S. Probation Office in Yakima, Washington, and submitted a urine sample which tested positive for cocaine. Mr. Garcia admitted to consuming cocaine and drinking alcohol on several occasions in October 2006. As a corrective measure, the defendant completed a substance abuse evaluation at Merit Resource Services which recommended intensive inpatient treatment. On November 8, 2006, Mr. Garcia entered a 21-day intensive inpatient treatment program at Sundown M Ranch. He successfully completed the program on November 29, 2006, and plans to follow through with aftercare services.

In addition, recent 9th Circuit case law requires the Court to specify a specific number of urine tests to be set. Enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

Prob 12B
**Re: Garcia, Ramiro Crowder**
**November 30, 2006**
**Page 2**

Respectfully submitted,

by _[signature]_

Jose Vargas
U.S. Probation Officer
Date: November 30, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_[signature]_

Signature of Judicial Officer

12/4/06

Date

PROB 49
(3/89)

# United States District Court

**Eastern District of Washington**

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21.    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance

Witness: _____    Signed: _____
                       Jose Vargas                                      Ramiro Crowder Garcia
                     U.S. Probation Officer                     Probationer or Supervised Releasee

November 30, 2006
Date